UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEFFREY THOMAS MORIN,<br><br>    Petitioner,<br><br>    v.<br><br>SHANNON WEIDMAN,<br><br>    Respondent. | CASE NO. C04-2443-JCC<br><br>REPORT AND RECOMMENDATION TO DISMISS ACTION FOR FAILURE TO RESPOND |

Petitioner is proceeding *pro se* in this 28 U.S.C. § 2254 action. On February 4, 2005, this Court issued an Order to Show Cause which set forth the deficiencies in Petitioner's Petition. (Dkt. # 13). Petitioner was warned that failure to respond to the Order to Show Cause within thirty (30) days from the date of the Order would result in a recommendation of dismissal. *Id.*

To date, Petitioner has not responded to the Court Order. Accordingly, I recommend that Petitioner's action be DISMISSED with prejudice pursuant to Federal Rules of Civil Procedure 12(b)(6) and 41(b).

DATED this 15 day of April, 2005.

                                                MONICA J. BENTON
                                                United States Magistrate Judge