UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JEFFREY THOMAS MORIN,           )
                                )
           Petitioner,          )    No. C04-2443C
                                )
     v.                         )
                                )    ORDER DENYING
SHANNON WEIDMAN,                )    HABEAS CORPUS
                                )     PETITION
                                )
           Respondent.          )
_____)

The Court, having reviewed the Petition for Habeas Corpus, the Report and Recommendation of the Honorable Monica J. Benton, United States Magistrate Judge, and the remaining record, finds and Orders as follows:

(1)  The Court adopts the Report and Recommendation;

(2)  Petitioner's Petition for Writ of Habeas Corpus (Dkt. #5) is DENIED, and this matter is DISMISSED with prejudice;

(3)  The Clerk is directed to send copies of this Order to Petitioner and to the Honorable Monica J. Benton.

DATED this _17th_ day of May, 2005.

_____
UNITED STATES DISTRICT JUDGE

ORDER
PAGE - 1